No. 25-8055

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO,
MARTIN HERNANDEZ TORRES, AND LIGIA GARCIA,
Plaintiffs-Appellees,

v.

SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA
BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF
JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW,
UNITED STATES OF AMERICA,
Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 25-cv-06487-PCP

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR 60-DAY EXTENSION OF DEADLINES

**CRAIG H. MISSAKIAN**
United States Attorney
**PAMELA T. JOHANN**
Chief, Civil Division
**DOUGLAS JOHNS**
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (415) 846-8947

March 19, 2026     **Attorneys for Defendants-Appellants**

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Defendants-Appellants (collectively, "the government") respectfully submit this unopposed motion for a 60-day extension of the government's opening brief deadline, through and including Friday, May 22, 2026. Plaintiffs-Appellees are not detained. Undersigned counsel for the government has conferred with counsel for Plaintiffs-Appellees, who does not oppose the requested extension.

This is the government's second request for an extension of time, and it is supported by good cause. On November 25, 2025, the district court entered an order provisionally certifying Plaintiffs-Appellees' two classes, granting Plaintiffs-Appellees' preliminary injunction, and denying Defendants-Appellants' motion to stay the order. On December 22, 2025, the district court held a status conference and issued oral orders modifying and altering the preliminary injunction, and granting further injunctions. On December 23, 2025, the government filed a protective notice of appeal in accordance with Justice Manual § 2-2.132 ("If the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal should be filed in order to preserve the Government's right to appeal.").

On December 23, 2025, the Court set a schedule requiring the government's opening brief to be filed by January 20, 2026. On January 16, 2026, the government filed an unopposed motion to extend the time to file its opening brief. On January 27, 2026, the Court granted the government's motion and ordered the government to file its opening brief by March 23, 2026.

The Solicitor General must decide "whether, and to what extent, appeals will be taken by the government to all appellate courts." 28 C.F.R. § 0.20(b). Here, the process to determine whether an appeal is appropriate remains ongoing. Accordingly, additional time is required to complete the appeal determination process and to draft the opening brief, should this appeal proceed. Undersigned counsel has been advised that the government will need a minimum of 60 additional days in which to make a decision regarding whether to appeal and to complete any brief.

///

///

////

////

2

For the foregoing reasons, the government respectfully requests that the Court grant this unopposed motion for a 60-day extension of time to file the government's opening brief, through and including Friday, May 22, 2026.

Dated: March 19, 2026

Respectfully submitted,

Douglas Johns
Assistant U.S. Attorney
Office of the U.S. Attorney
60 South Market Street
Suite 1200
San Jose, CA 95113
Tel: 415-846-8947
Email: douglas.johns@usdoj.gov

Attorneys for Defendants-Appellants

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that Appellants' foregoing motion complies with the type-volume limitation for papers submitted under Rule 27(d)(2)(A). Appellants' motion contains 392 words, with no words contained in any visual images, and its size and typeface comply with Rule 27(d)(1)(E).

Dated: March 19, 2026                          /s/ Douglas Johns
                                               DOUGLAS JOHNS

4

## **CERTIFICATE OF SERVICE**

I certify that on March 19, 2026, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the appellate ACMS system. I also certify that opposing counsel is a registered ACMS user and that service will be accomplished by the ACMS system.

Dated: March 19, 2026         */s/ Douglas Johns*
                                           DOUGLAS JOHNS