No. 25-8055

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO
AMBROCIO, MARTIN HERNANDEZ TORRES, AND LIGIA GARCIA,
Petitioners-Appellees,
v.
SERGIO ALBARRAN; MARCOS CHARLES; MONICA BURKE;
THOMAS GILES; MARKWAYNE MULLIN; U.S. DEPARTMENT OF
HOMELAND SECURITY; SIRCE OWEN; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; ATTORNEY GENERAL OF THE UNITED
STATES; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; UNITED
STATES OF AMERICA; POLLY KAISER; TODD M. LYONS; TODD
BLANCHE, Acting Attorney General,
Respondents-Appellants.

---

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 25-cv-06487-PCP

---

RESPONDENTS-APPELLANTS' UNOPPOSED MOTION
FOR 60-DAY EXTENSION OF DEADLINES

---

**BRETT A. SHUMATE**
**Assistant Attorney General**
**Civil Division**

**BENJAMIN MARK MOSS**
**Acting Senior Counsel for**
**District Court Litigation**
**Office of Immigration Litigation**

**ALANNA T. DUONG**
**Senior Litigation Counsel**
**Office of Immigration Litigation**
**Civil Division, U.S. Dept. of Justice**
**P.O. Box 878, Ben Franklin Station**
**Washington, DC 20044**
**Tel: (202) 305-7040**

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Respondents-Appellants ("the government") respectfully submit this unopposed motion for a 60-day extension of the government's opening brief deadline, through and including Monday, September 21, 2026.[1] This is the government's fourth request for an extension, and it is supported by good cause. Undersigned counsel has conferred with counsel for Petitioners-Appellees, who does not oppose the requested extension. Petitioners-Appellees are not detained.

On November 25, 2025, the district court entered an order provisionally certifying Petitioners-Appellees' two classes, granting their preliminary injunction, and denying the government's motion to stay the order. On December 22, 2025, the district court issued oral orders modifying and altering the preliminary injunction, and granting further injunctions. On December 23, 2025, the government filed a protective notice of appeal in accordance with Justice Manual § 2-2.132 ("If the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal should be filed in order to preserve the Government's right to appeal."). ECF 1. On June 23, 2026, the district court granted Petitioners-Appellees' motion for class certification, granted their

---

[1] The 60th day falls on Saturday, September 19, 2026. *See* Fed. R. App. P. 26(a)(1)(C).

motion for partial summary judgment and denied the government's cross-motion, and vacated the two challenged policies in full. After three extensions, the government's opening brief is due on July 21, 2026. *See* ECF 4-5, 8-9, 12-13.

This is the government's fourth request for an extension of time, and it is supported by good cause. The Solicitor General must decide "whether, and to what extent, appeals will be taken by the government to all appellate courts." 28 C.F.R. § 0.20(b). Here, the process to determine whether an appeal is appropriate remains ongoing. Accordingly, additional time is required to complete the appeal determination process and to draft the opening brief, should this appeal proceed. The government thus respectfully requests that the Court grant this unopposed motion for a 60-day extension of time to file the government's opening brief through and including Monday, September 21, 2026.

Respectfully submitted,

*/s/ Alanna T. Duong*

| | |
|---|---|
| BRETT A. SHUMATE | ALANNA T. DUONG |
| Assistant Attorney General | Senior Litigation Counsel |
| Civil Division | Office of Immigration Litigation |
| | Civil Division, U.S. Dept. of Justice |
| BENJAMIN MARK MOSS | P.O. Box 878, Ben Franklin Station |
| Acting Senior Counsel for | Washington, DC 20044 |
| District Court Litigation | Tel: (202) 305-7040 |
| Office of Immigration Litigation | alanna.duong@usdoj.gov |
| July 21, 2026 | Attorneys for Respondents-Appellants |

2

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing: (1) was prepared using 14-point Times New Roman type; (2) is proportionally spaced; and (3) contains 371 words, exclusive of the exempted parts.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice

July 21, 2026                              Attorney for Respondents-Appellants

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system. I further certify that all participants in this case, including Petitioners-Appellees' counsels, are registered ACMS users and that service will be accomplished through that system.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice
